### SHERRI ROBINSON *v.* ROBERT ALTMAN

The defendant's petition for certification for appeal from the Appellate Court (AC 19322) is denied.

*Robert Altman*, pro se, in support of the petition.

*Ellen B. Lubell*, in opposition.

Decided June 23, 1999

### STATE OF CONNECTICUT *v.* KEVIN MORAN

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 406 (AC 17308), is denied.